UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 15 C 01698 |
| v. | ) | |
| | ) | Judge St. Eve |
| MICHAEL PAGNONI, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR ENTRY OF CONSENT JUDGMENT**

It is hereby stipulated and agreed by and between the United States and defendant, Michael Pagnoni, that it is the intention of the parties to seek entry of a consent judgment order by this court, and in support the parties state:

1. The court has jurisdiction over the subject matter of this lawsuit pursuant to 28 U.S.C. §§ 1331 and 1345.

2. The court has personal jurisdiction over Michael Pagnoni, who acknowledges receipt of a copy of the complaint in this action.

3. Michael Pagnoni filed his answer and affirmative defense on August 13, 2015, in response to the United States' complaint (Dkt. No. 1), which alleges nonpayment of three student loans. The parties have worked diligently to resolve this action by agreement rather than the United States moving for summary judgment.

5. Michael Pagnoni acknowledges his liability to the United States on the student loans set out in the complaint and agrees to the entry of judgment in favor of the United States the

amount of $218,203.91, as more fully detailed below, plus interest to accrue until the date of entry of judgment.

| | | |
|---|---|---|
| Count I: | Principle: | $27,992.53 |
| | Interest: | $14,888.16 |
| | Total: | $42,880.69 |
| Count II: | Principle: | $92,196.85 |
| | Interest: | $50,045.22 |
| | Total: | $142,242.07 |
| Count III: | Principle: | $22,953.48 |
| | Interest: | $10,127.67 |
| | Total: | $33,081.15 |
| Total Indebtedness: | | **$218,203.91** |

6. The entered judgment shall accrue interest at the statutory post-judgment interest rate under 28 U.S.C. 1961.

7. The parties further agree that after entry of judgment, Michael Pagnoni shall begin submitting payments to the United States in the amount of $55 per month on or before the first of each month.

8. Payments on the judgment debt shall be by certified bank check or personal check, made payable to Department of Justice and mailed to the U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363. An account number to be indicated in the future and "Michael Pagnoni" shall be written on each remittance.

9. It is understood that this agreement does not limit the government's enforcement of the judgment, nor does it limit the government's ability to use other means to collect the judgment debt.

10. Michael Pagnoni understands that the U.S. Attorney's office will place the defendant on the Treasury Offset Program until the judgment is paid in full.

11. Michael Pagnoni agrees to submit a financial statement and copies of federal and state income tax returns upon the request of the United States Attorney's Office until the judgment is paid in full.

12. Michael Pagnoni agrees to notify the United States Attorney's Office within thirty days of any change of address or employment until the judgment debt is paid in full.

Respectfully submitted,

| MICHAEL PAGNONI | ZACHARY T. FARDON |
| --- | --- |
| | United States Attorney |
| By: s/ Joshua Cohen | By: s/ Scott D. Heffron |
| Joshua Cohen | SCOTT D. HEFFRON |
| Attorney for Michael Pagnoni | Assistant United States Attorney |
| PO Box 1639 | 219 South Dearborn Street |
| West Dover, Vermont 05356 | Chicago, Illinois 60604 |
| 860-233-0338 | (312) 886-4190 |
| jcohen@thestudentloanlawyer.com | scott.heffron@usdoj.gov |